# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL ALLEN TRUMP, SR,** : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **PRIME CARE MEDICAL STAFF,** *et al.*, : <br> **Defendants.** : | **CIVIL ACTION NO. 20-CV-0312** <br><br> **FILED** <br> MAR - 5 2020 <br> KATE BARKMAN, Clerk <br> By_____Dep. Clerk |

## ORDER

AND NOW, this 5th day of March, 2020, upon consideration of Plaintiff Michael Allen Trump, Sr.'s *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. Trump may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Trump's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Trump should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

1

3. The Clerk of Court is **DIRECTED** to send Trump a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Trump may use this form to file his amended complaint if he chooses to do so.

4. If Trump fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

_____
JUAN R. SÁNCHEZ, C.J.